8992. SPARKS, agent, *v.* YATESVILLE GIN COMPANY *et al.*

BLOODWORTH, J. 1. In the petition for certiorari the only errors alleged, other than that the verdict was contrary to law and the evidence, were: (1) The overruling of the petitioner's objections to an amendment to the defendant's plea; and (2) the allowance of certain testimony, over the objections of the petitioner. In the answer of the magistrate (to which no traverse or exception was filed) it does not appear what were the petitioner's objections to the allowance of the amendment, or to the admission of the testimony. Under such a condition of the record this court can not say that the trial court erred, either in allowing the amendment or in admitting the testimony.

2. There was some evidence in support of the verdict, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
DECIDED MAY 15, 1918.

Certiorari; from Upson superior court—Judge Searcy. May term, 1917.

*Claude Worrill,* for plaintiff in error. *J. B. McDonald,* contra.

---

9343. NEWMAN *v.* REDWINE.

BLOODWORTH, J. The grounds of the amendment to the motion for a new trial are without merit; there is ample evidence to support the verdict; and the judgment is

*Affirmed. Broyles, P. J., and Harwell, J., concur.*
DECIDED MAY 15, 1918.

Complaint; from city court of Newnan—Judge Post. October 5, 1917.

*J. C. Newman, W. L. Stallings, W. G. Post,* for plaintiff.

*W. Y. Atkinson,* for defendant.